UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan GUZMAN–CRUZ, a.k.a. Mario Gonzalez–Rangel, a.k.a. Maximo R. Gonzalez, Defendant–Appellant.

No. 06–11915
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 13, 2006.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Clarence W. Counts, Jr., R. Fletcher Peacock, Orlando, FL, for Defendant–Appellant.

Before ANDERSON, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Clarence W. Counts, Jr., appointed counsel for Juan Guzman–Cruz in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Guzman–Cruz's conviction and resulting sentence are **AFFIRMED.**